IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES MERRILL, JR, AIS #172689** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 15-00375-KD-M |
| | : | |
| **STATE OF ALABAMA,** | : | |
| Defendant. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 30, 2015, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Middle District of Alabama for further proceedings.

**DONE** and **ORDERED** this the **27**<sup>th</sup> day of **August 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**